In the United States District Court
Eastern District of North Carolina

| | |
|---|---|
| Delores Anderson, Feridnand Basile, Ennis Brown, Gregory Hayes, La-Kimbia Hickman, Paul Jacob, Yvon Jean-Paul, Betty Le Blanc and Daryl Matthews,<br><br>  Plaintiffs,<br><br>Vs.<br><br>Moore's Produce, Incorporated and Anthony Moore,<br>  Defendants. | Case No: 7:14-cv-00143-D |

## ORDER

In consideration of Plaintiffs and Defendants' Joint Motion for Approval of Settlement, and stated grounds for same, this Joint Motion to Approve the Settlement Agreement is hereby approved entered as an Order of this Court as follows:

Having considered the extent of the parties' discovery that has taken place, the stage of the proceedings, including the complexity, expense and likely duration of the litigation, the absence of fraud or collusion in the settlement, the experience of Plaintiffs' counsel who have represented Plaintiffs throughout the period prior to the commencement of the lawsuit and for the duration of the litigation, and the probability of Plaintiffs' success on the merits and the amount of the settlement in relation to the potential recovery, the Court finds the Settlement Agreement and Release fair and reasonable.

The Joint Motion to Approve the Settlement Agreement is ALLOWED and the Settlement Agreement and Release are APPROVED without changes. Upon receipt of all payments due to Plaintiffs and Legal Aid of North Carolina as set forth in Paragraph Three (3) of

their Settlement Agreement, the Plaintiffs shall execute and file with the Court a Notice of Stipulation of Dismissal with Prejudice with Request for an Order expressly retaining jurisdiction over matters arising from enforcement of the Settlement Agreement.

SO ORDERED. This the __18__ day of July, 2016.

JAMES C. DEVER III
Chief United States District Judge